## (November 17, 1941.)

In the Matter of the Probate of the Last Will and Testament of EMMA B. JOHNSON, Deceased, as a Will of Real and Personal Property. NORMAN W. ROE, Petitioner, Appellant; NORMA DARE OWEN and GEORGE R. DARE, Respondents.— Order unanimously reversed and the motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Probate of the Last Will and Testament of EMMA B. JOHNSON, Deceased, as a Will of Real and Personal Property. In the Matter of the Application of NORMAN W. ROE for an Order Requiring KATHERINE GIBBONS MARTIN to Attend and Be Examined Regarding a Testamentary Instrument of EMMA B. JOHNSON, Deceased, under Section 137, Surrogate's Court Act. In the Matter of the Application of NORMAN W. ROE for an Order Requiring WANDA ROGERS to Attend and Be Examined Regarding a Testamentary Instrument of EMMA B. JOHNSON, Deceased, under Section 137, Surrogate's Court Act. NORMAN W. ROE, Petitioner, Appellant; NORMA DARE OWEN and GEORGE R. DARE, Respondents.— Orders unanimously reversed and the motions granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Probate of the Last Will and Testament of EMMA B. JOHNSON, Deceased, as a Will of Real and Personal Property. NORMAN W. ROE,

Petitioner, Appellant; NORMA DARE OWEN and GEORGE R. DARE, Respondents.— Order unanimously modified by granting an examination before trial as to items 3, 4 and 5 of the notice of motion, and, as so modified, affirmed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.